

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-13-00413-CV

| | | |
|---|---|---|
| In the Interest of E.C., a child | § | From the 322nd District Court |
| | § | of Tarrant County (322-529035-13) |
| | § | August 7, 2014 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. We render judgment dismissing the suit.

It is further ordered that appellees B.F. and W.F. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston